UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
LOUIS PITCH and DONNA PITCH,

                              Plaintiffs,                  Index No.:  09-CV-5599

                                                              AFFIDAVIT
                                                              OF PLAINTIFF
                                                              LOUIS PITCH

          -against-

MARK C. HOTTON, SHERRI HOTTON and
TRINITY MANAGEMENT CONSULTING
CORP.,

                              Defendants.
--------------------------------------------------------------------------X

STATE OF NEW YORK   )

COUNTY OF SUFFOLK  )

       LOUIS PITCH, being duly sworn, deposes and says:

       1.     I, LOUIS PITCH, am one of the named plaintiffs in the above-entitled action, and respectfully submit this affidavit in support of Plaintiffs' motion for a Protective Order concerning the subpoena issued by Defendants to Henry Schein Inc. ("Henry Schein").

       2.     I first met Defendant Mark Hotton ("Hotton") in or around February 2008.

       3.     As I understand it, the subpoena seeks records from Henry Schein going back to 2005.

       4.     I am unemployed and have undergone background checks and have had several interviews seeking employment at Henry Schein and am presently waiting to see if I will receive an offer of employment.

1

5.  I am concerned that this subpoena, which calls for documents unrelated to the issues concerning what defendants did with my $5.1 million dollars and requests records dating years before I ever met defendants, will annoy and/or harass my prospective employer and in some way prejudice my employment opportunity Henry Schein.

6.  For the above mentioned reasons, I respectfully request that the Court issue a Protective Order preventing Defendants from enforcing the subpoena against Henry Schein.

_____
LOUIS PITCH

Sworn to before me this

__11th__ day of January 2010

_____
Notary Public

CATHERINE ROMANCZYK
Notary Public, State of New York
No. 4763685
Qualified in Suffolk County
Commission Expires 4/30/10